## EVERETT v. DELUCA.

PER CURIAM.

Upon consideration of the Application for an Interlocutory Appeal, it is ordered that it be hereby denied.

This Court will automatically deny each Application for an Interlocutory Appeal unless the applicant presents argument and cites authority to show that the Trial Court's Interlocutory order was erroneous.

ORDERED MAY 25, 1977.